```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

----------------------------------------X
ARMEN HACOPIAN-ARMEN et al,

        Plaintiffs,                25-cv-2361 (JSR)

    v.                                  ORDER

BLACKROCK, Inc.
and JOHN DOE ENTITY 1,

        Defendants.

----------------------------------------

JED S. RAKOFF, U.S.D.J.

    After careful consideration of the parties' written submissions and the oral argument held on May 23, 2025, the Court hereby grants the motion of defendant BlackRock, Inc. to dismiss plaintiffs' complaint in full. An opinion explaining reasons for this ruling will issue in due course, at which time final judgment will be entered. The Clerk is directed to close the motion (Dkt. 16) on the docket.

    SO ORDERED.

Dated:   New York, NY                      _____

           June 2, 2025                    JED S. RAKOFF, U.S.D.J.