**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARMEN HACOPIAN et al,

                Plaintiffs,

  -against-                                      25 **CIVIL** 2361 (JSR)

## **JUDGMENT**

BALACKROCK, INC. and JOHN DOE
ENTITY 1,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 20, 2025, the Court hereby dismisses plaintiffs' claims.

**Dated:** New York, New York

      June 23, 2025

                                                    **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                    **BY:**

                                                    **Deputy Clerk**